MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00077-CDB |
| Plaintiff, | [Citation #7055613, CA/14] |
| v. | |
| LINDSEY S. INIGUEZ, | MOTION TO AMEND LISTED COLLATERAL AMOUNT ON CITATION |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to amend [Citation #7055613, CA/14] in Case No. 5:25-po-00077-CDB against LINDSEY S. INIGUEZ, so that the listed total collateral amount is $230.00.

DATED: March 26, 2025                    Respectfully submitted,

                                         MICHELE BECKWITH
                                         Acting United States Attorney

                                    By:  /s/ *Chan Hee Chu*
                                         CHAN HEE CHU
                                         Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that [Citation #7055613, CA/14] in Case No. 5:25-po-00077-CDB against LINDSEY S. INIGUEZ, is amended to reflect the listed total collateral amount is reduced to $230.00.

IT IS SO ORDERED.

Dated:   **March 27, 2025**

_____
UNITED STATES MAGISTRATE JUDGE